# Exhibit 1

**Title:** **Scale Tickets for all RCRA Sites**

**Purpose:** This file includes detailed records of all scale ticket transactions associated with sites under active legal proceedings. All ticket transactions have been reconciled to land owner and hauler invoices with minumal variances.

**Source:** Tableau Land Application Data

| Cust ID(s) | Site | First Load | Last Load | Total Loads | Total Tons | Land Owner Tons Invoiced |
|---|---|---|---|---|---|---|
| C1-0010095<br>C1-0010003 | Three Points | 9/21/2020 | 12/14/2023 | 7,041 | 172,783 | 171,643 |
| C1-0010095 | Irwin Crown | 12/15/2023 | 2/28/2024 | 590 | 14,369 | 14,369 |
| 02-0000293 | Irwin AO | 6/14/2024 | 8/29/2024 | 336 | 7,505 | N/A* |
| 02-0000265<br>02-0000327 | WPL | 4/23/2021 | 9/11/2024 | 2,865 | 67,967 | 68,350 |
| 02-0000265<br>02-0000381<br>02-0010015 | New West | 7/24/2023 | 3/19/2024 | 2,137 | 47,564 | 47,059 |
| | | | **TOTALS** | **12,969** | **310,188** | |

*Includes material replacements of Land Application and Compost from AO in which Athens was not billed by land owner

Athens also paid haulers to remove 5,663 tons of materials from the Irwin site disposed of at the Victorville Landfill